UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 17-22261-CIV-SCOLA

EZEQUIEL RAMON GONZALEZ and all
Others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

TAD PGS, INC.,

    Defendant.
_____/

**DEFENDANT TAD PGS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TAD PGS, Inc. is wholly owned by Adecco, Inc. No public corporation owns 10% or more of TAD PGS, Inc.

Dated: July 11, 2017.

Respectfully submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

By:   s/Yash B. Dave
Steven E. Brust (FL Bar. No. 832091)
sbrust@sgrlaw.com
Yash B. Dave (FL Bar No. 0068573)
ydave@sgrlaw.com
Jennifer P. Lawson (FL Bar No. 119947)
50 N. Laura Street, Suite 2600
Jacksonville, Florida  32202
Telephone:  (904) 598-6100
Facsimile:   (904) 598-6215
**Attorneys for Defendant TAD PGS, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

J.H. Zidell, Esq.
Rivkah Fay Jaff, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami, FL 33141
(305) 865-6766 (Telephone)
(305) 865-7167 (Facsimile)
zabogado@aol.com (E-mail)
*Plaintiff's Counsel*

                                                  s/Yash B. Dave
                                                        Attorney