UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22261-CIV-RNS

EZEQUIEL RAMON GONZALEZ and all others similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

TAD PGS, INC.,

      Defendant.

_____

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE5]

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE5], and states that Plaintiff has served Defendants, by and through their counsel, with the Court's Order [DE5] and Plaintiff's First Amended Statement of Claim [DE12] as per the requirements set forth in the Court's Order [DE5] on 7/11/17.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/11/17 TO:**

**YASH B. DAVE, ESQ.**

**SMITH, GAMBRELL & RUSSELL, LLP**
**50 N. LAURA STREET, SUITE 2600**
**JACKSONVILLE, FLORIDA 32202**
**PH: (904) 598-6100**
**FAX: (904) 598-6215**
**EMAIL: YDAVE@SGRLAW.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
       **RIVKAH JAFF, ESQ.**