**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No.: 17-22261-CIV-SCOLA

EZEQUIEL RAMON GONZALEZ,
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TAD PGS, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel hereby gives notice to the Court and all parties of his appearance as additional trial counsel of record on behalf of Defendant in the above-captioned case.

Dated: July 12, 2017

    Respectfully submitted,

    **SMITH, GAMBRELL & RUSSELL, LLP**

    By:   s/Steven E. Brust
    Steven E. Brust (FL Bar No. 832091)
    sbrust@sgrlaw.com
    Yash B. Dave (FL Bar No. 0068573)
    ydave@sgrlaw.com
    Jennifer P. Lawson (FL Bar No. 119947)
    jlawson@sgrlaw.com
    50 N. Laura Street, Suite 2600
    Jacksonville, Florida  32202
    Telephone:  (904) 598-6100
    Facsimile:   (904) 598-6215
    **Attorneys for Defendant TAD PGS, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

>J.H. Zidell, Esq.
>Rivkah Fay Jaff, Esq.
>J.H. Zidell P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Telephone: (305) 856-6766
>Facsimile: (305) 865-7167
>
>*Attorneys for Plaintiff Ezequiel Ramon Gonzalez*

                                                      s/Steven E. Brust
                                                           Attorney