**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 17-22261-CIV-SCOLA

EZEQUIEL RAMON GONZALEZ, and all
others similarly situated under 29 U.S.C. 216(b),

       Plaintiff,

v.

TAD PGS, INC.,

       Defendant.

_____/

**DEFENDANT'S ARBITRATION STATUS REPORT**

    Defendant, TAD PGS, Inc. ("TAD" or "Defendant"), pursuant to the Court's Order dated August 4, 2017 [ECF No. 28], hereby files this Arbitration Status Report and states as follows:

    1.    Plaintiff Ezequiel Ramon Gonzalez has not initiated arbitration at this time. However, the parties are currently engaged in informal settlement discussions.

    2.    The parties are in the process of drafting and negotiating a settlement agreement.

    3.    Plaintiff indicated that he intends to initiate arbitration if the parties are unable to agree upon the terms of the written settlement agreement.

Dated:  January 31, 2018

    Respectfully submitted,

    **SMITH, GAMBRELL & RUSSELL, LLP**

    By:   s/Yash B. Dave
        Steven E. Brust (FL Bar. No. 832091)
        sbrust@sgrlaw.com
        Yash B. Dave (FL Bar No. 0068573)
        ydave@sgrlaw.com
        Jennifer P. Lawson (FL Bar No. 119947)
        50 N. Laura Street, Suite 2600
        Jacksonville, Florida  32202
        Telephone:  (904) 598-6100
        Facsimile:    (904) 598-6215

    **Attorneys for Defendant TAD PGS, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

J.H. Zidell, Esq.
Rivkah Fay Jaff, Esq.
J.H. Zidell P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Facsimile:  (305) 865-7167
*Attorney for Plaintiff Ezequiel Ramon Gonzalez*

        s/Yash B. Dave
        Attorney